1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ABRAHAM KLEINMAN, ESQ.
626 REXCORP PLAZA
UNIONDALE, NEW YORK 11556-0626

Attorney(s) for          PLAINTIFF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Plaintiff:    DELIA A. MARKOWITZ, ETC.                    Case No:    07 CIV 6380

Defendant: DAVIS LAW ASSOCIATES                      **PROOF OF SERVICE**

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:

SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT

2. a. Party served:       RUSSELL ALAN DAVIS
   b. Person served:    NIKKI DELL'ARA, RECEPTIONIST
   c. Place of Service:  380 STEVENS AVENUE, STE. 205
                         SOLANA BEACH, CA 92075
                         {Business}

3. I served the party named in item 2
   a. By personally delivering copies to the person served.
      (1)  on:          07-17-07
      (2)  at:          1:33 P.M.

4. Person serving:                          a. Fee for Service:$  85.75
   MORGAN SHNELL                            e. Exempt from registration under
   CALEXPRESS                                  Bus. & Prof. Code 22350(b)
   917 WEST GRAPE STREET
   SAN DIEGO, CA 92101
   (619) 685-1122

5. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date:    07-19-07                        Signature: _Morgan Shnell_

PROOF OF SERVICE

State of California )

County of *San Diego* )

# CALIFORNIA ALL-PURPOSE CERTIFICATE OF ACKNOWLEDGMENT

On *July 19, 2007* before me, *Linda Beran, Notary Public,*

<span style="font-size:smaller">(here insert name and title of the officer)</span>

personally appeared *Morgan Shnell*

_____ ,

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

**LINDA BERAN**
COMM. #1573088
Notary Public - California
San Diego County
My Comm. Expires Apr. 26, 2009

Signature *Linda Beran*

(Seal)

———————————— OPTIONAL INFORMATION ————————————

*Although the information in this section is not required by law, it could prevent fraudulent removal and reattachment of this acknowledgment to an unauthorized document and may prove useful to persons relying on the attached document.*

## Description of Attached Document

The preceding Certificate of Acknowledgment is attached to a document

titled/for the purpose of _____

_____ ,

containing _____ pages, and dated _____ .

The signer(s) capacity or authority is/are as:

- ☐ Individual(s)
- ☐ Attorney-in-Fact
- ☐ Corporate Officer(s)

_____
Title(s)

- ☐ Guardian/Conservator
- ☐ Partner - Limited/General
- ☐ Trustee(s)
- ☐ Other: _____

representing: _____
Name(s) of Person(s) or Entity(ies) Signer is Representing

### Additional Information

**Method of Signer Identification**

- ☐ Personally known to me
- ☐ Proved to me on the basis of satisfactory evidence:
  - ○ form(s) of identification  ○ credible witness(es)

Identification is detailed in notary journal on:

Page # _____  Entry # _____

Notary contact: _____

**Other**

- ☐ Additional Signer(s)  ☐ Signer(s) Thumbprint(s)
- ☐

© Copyright 2005 Notary Rotary, Inc. 925 29th St., Des Moines, IA 50312-3612    Form ACK02, 10/05.    To re-order, call toll-free 1-877-349-6588 or visit us on the Internet at http://www.notaryrotary.com

1    ABRAHAM KLEINMAN, ESQ.
     626 REXCORP PLAZA
2    UNIONDALE, NEW YORK 11556-0626

3

4
     Attorney(s) for        PLAINTIFF
5
                            UNITED STATES DISTRICT COURT
6                           SOUTHERN DISTRICT OF NEW YORK

7    Plaintiff:   DELIA A. MARKOWITZ, ETC.
                                                        Case No:   07 CIV 6380
8    Defendant: DAVIS LAW ASSOCIATES
                                                        **PROOF OF SERVICE BY MAIL**
9    I, the undersigned, certify and declare as follows:

10   I am over the age of 18 years, and not a party to this action.  My business address is 917 West Grape
     Street, San Diego,  CA  92101, which is located in the county where the mailing described
11   below took place.

12   I am readily familiar with the business practice at my place of business for collection and processing
     of correspondence for mailing with the United States Postal Service.  Correspondence so collected
13   and processed is deposited with the United States Postal Service that same day in the ordinary
     course of business.
14

15   On 07-18-07              at my place of business at San Diego, California, copy of the:

16   SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT

17
     were placed for deposit in the United States Postal service in a sealed envelope with postage
18   prepaid, addressed to:

19                          RUSSELL ALAN DAVIS
                            380 STEVENS AVENUE, STE. 205
20                          SOLANA BEACH, CA 92075

21   and that envelope was placed for collection and mailing (by first-class mail, postage prepaid) on that
     date following ordinary business practice.
22

23   I certify and declare under penalty of perjury under the laws of the State of California that the
     foregoing is true and correct.

24   Executed on 07-19-07              at San Diego, California.

25

26                                                      _____
27                                                      CATHERINE THAO

28

     **PROOF OF SERVICE BY MAIL**